IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,         ) | CASE NO. 8:02CR194 |
| ) | |
| v.                                              ) | |
| ) | ORDER TO STRIKE |
| ARTURO CARDENAS-GUTIERREZ,  ) | |
| ) | |
| Defendant.    ) | |

Upon the Plaintiff's motion,

IT IS ORDERED:

1. Plaintiff's Motion to Strike (Filing #125) is granted; and

2. The Clerk of the Court is directed to Strike Filing No. 124 as it was the wrong version of the government's brief.

IT IS FURTHER ORDERED that the government may file the correct version of the brief out of time.

DATED this 12th day of July, 2005.

s/Laurie Smith Camp
United States District Court Judge