IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR194 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| ARTURO CARDENAS GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order entered on this date:

IT IS ORDERED:

1. That defendant's "Motion to Vacate, Set Aside, or Correct Sentence by a Federal Prisoner Under 28 U.S.C. § 2255 (§ 2255)" (Filing No. 117) is denied;

2. That defendant's Motion to Appoint Counsel (Filing No. 117) is denied as moot;

3. That defendant's Motion for Discovery (Filing No. 117) is denied as moot;

4. The Clerk shall mail a copy of this Judgment to the Defendant at his last-known address.

DATED this 10th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge